**UNITED STATES DISTRICT COURT**

**DISTRICT OF OREGON**

**PORTLAND DIVISION**

| | |
|---|---|
| **UNITED STATES OF AMERICA** | 3:24-cr-00305-IM |
| v. | **INFORMATION** |
| **JARED TYLER BATES,** | 18 U.S.C. §§ 2252A(a)(2)(A), (b) |
| Defendant. | (1) Forfeiture Allegation |

**THE UNITED STATES ATTORNEY CHARGES:**

**COUNT 1**
**(Distribution of Child Pornography)**
**(18 U.S.C. §§ 2252A(a)(2)(A), (b)(1))**

On or about November 8, 2020, in the District of Oregon, defendant JARED TYLER BATES knowingly distributed child pornography, as defined in Title 18, United States Code, Section 2256(8)(A), using any means and facility of interstate and foreign commerce, and that had been shipped and transported in and affecting interstate and foreign commerce by any means, including by computer, knowing that the images were child pornography.

In violation of Title 18, United States Code, Sections 2252A(a)(2)(A), (b)(1).

///

///

**Information**                                                                                             **Page 1**

**Forfeiture Allegation**

Pursuant to Title 18, United States Code, Section 2253, upon conviction of the offense described above in Count 1 of this information, defendant JARED TYLER BATES shall forfeit to the United States any and all matter that contains visual depictions of minors engaging in sexually explicit conduct, any and all property that was used or was intended to be used in any manner or part to commit or promote the commission of the violations alleged in that count, or any property, real or personal, constituting or traceable to proceeds of that offense.

Dated: August 12, 2024.                                Respectfully submitted,

                                                       NATALIE K. WIGHT
                                                       United States Attorney


                                                       */s/ Robert S. Trisotto*
                                                       ROBERT S. TRISOTTO, NYB #4784203
                                                       Assistant United States Attorney